Thomas P. Mazzucco (tmazzucco@mpbf.com) – CA Bar No. 139758
Aaron K. McClellan (amcclellan@mpbf.com) – CA Bar No. 197185
Bryan L. P. Saalfeld (bsaalfeld@mpbf.com) – CA Bar No. 243331
Nicholas C. Larson (nlarson@mpbf.com) – CA Bar No. 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087


Geoffrey Potter (gpotter@pbwt.com) – (to be admitted *pro hac vice*)
Christos G. Yatrakis (cyatrakis@pbwt.com) – (to be admitted *pro hac vice*)
Jonah M. Knobler (jknobler@pbwt.com) – (to be admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 336-2000
Fax:        (212) 336-2222

Attorneys for Plaintiffs
Innovation Ventures, LLC and Living Essentials, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS; PACIFIC GROSERVICE, INC. d/b/a PITCO FOODS; ARISTOTLE PERICLES NAVAB; DAVID LUTTWAY; SANTA MONICA DISTRIBUTING, INC.; MANOUCHEHR HEIKALI, a.k.a. DAVID HEIKALI; AZIZ HEIKALI, a.k.a. ED HEIKALI; ELITE WHOLESALE, INC.; TONIC WHOLESALE, INC. d/b/a ACE WHOLESALE; KOAMEX GENERAL WHOLESALE, INC.; YOUNG H. KIM, a.k.a. YONG HWAM KIM; DAPAN USA CORP. d/b/a FRONTIER WHOLESALE; SUNG KEUN LEE; DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ; and JOHN DOES 1-10, <br><br> Defendants. | Case No. C 12 5523 WHA <br><br> [PROPOSED] EXPEDITED DISCOVERY ORDER <br><br> FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |

[PROPOSED] EXPEDITED
DISCOVERY ORDER                        -1-

5682906v.6

COPIES MAILED TO SUBMITTING COUNSEL
GIVEN

PLEASE TAKE NOTICE that upon the Complaint of Innovation Ventures, LLC and Living Essentials, LLC (together, "Plaintiffs"), the declarations and the exhibits annexed hereto, and the memorandum of law submitted in support of this Order, it is hereby:

ORDERED that Plaintiffs may immediately serve discovery requests on each Defendant and subpoenas on any non-party believed to have information relevant to this action; and it is further

ORDERED that (a) the Defendants to this action and any non-party served with a subpoena in this action shall respond to requests to produce documents within three calendar days after service of such requests by production of responsive documents; and (b) the Defendants to this action shall respond to interrogatories within three calendar days after service of such interrogatories; and (c) the Plaintiffs may take the deposition of any Defendant or a non-party witness, upon notice in writing to every other party of at least three calendar days; and it is further

ORDERED, that expedited discovery shall apply to the Defendants existing as of the date of this Order, and to all future Defendants to this action; and it is further

ORDERED, that all discovery of Defendants shall proceed on an expedited basis without the need to comply with the time limits provided by the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

[PROPOSED] EXPEDITED
DISCOVERY ORDER

- 2 -