1  Thomas P. Mazzucco (tmazzucco@mpbf.com) – CA Bar No. 139758
   Aaron K. McClellan (amcclellan@mpbf.com) – CA Bar No. 197185
2  Bryan L. P. Saalfeld (bsaalfeld@mpbf.com) – CA Bar No. 243331
   Nicholas C. Larson (nlarson@mpbf.com) – CA Bar No. 275870
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6
   Geoffrey Potter (gpotter@pbwt.com) – (to be admitted *pro hac vice*)
7  Christos G. Yatrakis (cyatrakis@pbwt.com) – (to be admitted *pro hac vice*)
   Jonah M. Knobler (jknobler@pbwt.com) – (to be admitted *pro hac vice*)
8  PATTERSON BELKNAP WEBB & TYLER LLP
9  1133 Avenue of the Americas
   New York, NY 10036
10 Telephone:   (212) 336-2000
   Fax:         (212) 336-2222
11
   Attorneys for Plaintiffs
12 Innovation Ventures, LLC and Living Essentials, LLC

**FILED**

OCT 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**SEALED**
**BY COURT ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>  Plaintiff,<br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS; PACIFIC GROSERVICE, INC. d/b/a PITCO FOODS; ARISTOTLE PERICLES NAVAB; DAVID LUTTWAY; SANTA MONICA DISTRIBUTING, INC.; MANOUCHERHR HEIKALI, a.k.a. DAVID HEIKALI; AZIZ HEIKALI a.k.a. ED HEIKALI; ELITE WHOLESALE INC.; TONIC WHOLESALE, INC., d/b/a ACE WHOLESALE; KOAMEX GENERAL WHOLESALE, INC., YOUNG H. KIM a.k.a. YONG HWAM KIM; DAPAN USA CORP. d/b/a FRONTIER WHOLESALE; SUNG KEUN LEE; DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ; AND JOHN DOES 1-10,<br><br>  Defendants. | Case No.: C-12-5523-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS INNOVATION VENTURES, LLC AND LIVING ESSENTIALS, LLC MOTION TO WITHDRAW FIRST AMENDED COMPLAINT AND ORDER TO SHOW CAUSE SEEKING TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br><br>FILED UNDER SEAL PURSUANT TO 15 U.S.C. § 1116 |

On October 31, 2012, pursuant to Local Rule 7-10 of the Northern District of California,

- 1 -

Plaintiffs INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC ("Plaintiffs") moved the Court for an Order withdrawing their First Amended Complaint, their Order to Show Cause seeking a Temporary Restraining Order and Preliminary Injunction against four defendants named for the first time in the First Amended Complaint, their Proposed Seizure Order with respect to those defendants, and all documents submitted in support of the aforementioned filings.

Having reviewed the pleadings submitted in support, and good cause otherwise appearing, the Court herein GRANTS Plaintiffs INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC's Motion to Withdraw their First Amended Complaint, Order to Show Cause, and Proposed Seizure Order.

IT IS HEREBY ORDERED that Plaintiffs' First Amended Complaint; Plaintiffs' Order to Show Cause for Temporary Restraining Order and Preliminary Injunction filed contemporaneously with the First Amended Complaint; Plaintiffs' Proposed Seizure Order filed contemporaneously with the First Amended Complaint; and all exhibits and memoranda submitted in support of the above filings, are deemed withdrawn and are stricken from the record, and that the original Complaint in this action is reinstated.

IT IS SO ORDERED.

Dated: October 31, 2012

_____
JUDGE OF THE U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DMZ.20497538.doc