Thomas P. Mazzucco - 139758
Aaron K. McClellan – 197185
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087
E-Mail      tmazzucco@mpbf.com
            amcclellan@mpbf.com
            bsaalfeld@mpbf.com
            nlarson@mpbf.com

Geoffrey Potter (admitted *pro hac vice*)
Christos G. Yatrakis (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 336-2000
Fax:         (212) 336-2222
E-Mail       gpotter@pbwt.com
             cyatrakis@pbwt.com

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC

RECEIVED NOV - 7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV X 9 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,

Plaintiffs,

-against-

PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, et al.,

Defendants.

12 Civ. 5523 (WHA)

**STIPULATION OF DISMISSAL OF DEFENDANTS KOAMEX GENERAL WHOLESALE AND YOUNG H. KIM AND [PROPOSED] ORDER**

FILED UNDER SEAL

- 1 -

STIPULATION OF DISMISSAL         12-civ-5523
5699832v.2

IT IS HEREBY STIPULATED by and between Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC and Defendants Koamex General Wholesale, Inc. and Young H. Kim a.k.a. Yong Hwam Kim (collectively, the "Koamex Defendants") by and through their counsel, that the Koamex Defendants are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41 and that each party will bear its own costs. Plaintiffs and their surety, American Contractors Indemnity Company, are released from any and all liability under the bonds filed in this case (including Bond Nos. 1000772114 and 1000772115).

CONSENTED AND AGREED TO BY:

Dated: November 7, 2012

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Aaron K. McClellan
Thomas P. Mazzucco
Attorney for Plaintiffs
Innovation Ventures, LLC, and Living Essentials, LLC

Dated: November 6, 2012

PATTERSON BELKNAP WEBB & TYLER LLP

By _____
Geoffrey Potter
Christos Yatrakis
Attorneys for Plaintiffs
Innovation Ventures, LLC, and Living Essentials, LLC

Dated: November 6, 2012

LTL TRIAL ATTORNEYS

By _____
Kevin Bringuel
Attorney for Defendants
Koamex General Wholesale, Inc. and Yong H. Kim

UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC, and Living Essentials, LLC, and defendants Koamex General Wholesale, Inc. and Young H. Kim a.k.a. Yong Hwam Kim, it hereby is ORDERED that the Koamex Defendants are hereby dismissed without prejudice.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

NCL.20499810.doc

- 3 -

STIPULATION OF DISMISSAL  12-civ-5523

5699832v.2

# CERTIFICATE OF SERVICE

I, Tanya L. Hill, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On November 7, 2012, I served the following document(s) on the parties in the within action:

**STIPULATION AND ORDER**

|   | |
|---|---|
|   | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|   | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| X | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |

| | |
|---|---|
| Manoucherhr Heikali<br>Santa Monica Distributing, Inc.<br>aka David Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Manoucherhr Heikali<br>IN PRO PER |
| Aziz Heikali<br>Santa Monica Distributing, Inc.<br>aka Ed Heikali<br>3180 West Olympic Boulevard<br>Santa Monica, CA 90404<br>FAX: 310-453-9178 | Attorney For Aziz Heikali aka Ed Heikali<br>IN PRO PER |

|   | |
|---|---|
| X | **VIA E-MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail, I attached the above-described document(s) to an e-mail message, and invoked the send command to transmit the e-mail message to the person(s) at the following e-mail address(es). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| Jennifer Lee Taylor<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>E-Mail: jtaylor@mofo.com<br>wgarbers@mofo.com<br>mpoe@mofo.com | Attorney For Defendants<br>PITTSBURG WHOLESALE GROCERS, INC., D/B/A PITCO FOODS; PACIFIC GROSERVICE, INC. D/B/A PITCO FOODS; ARISTOTLE PERICLES NAVAB; DAVID LUTTWAY |

- 1 -

| | | |
|---|---|---|
| 1 | Thomas Suh<br>LTL Trial Attorneys<br>1835 West Orangewood Avenue, Suite 330<br>Orange, CA 92868<br>E-Mail: ts@ltlattorneys.com | Attorney For Defendants<br>KOAMEX GENERAL WHOLESALE, INC.,<br>YOUNG H. KIM A.K.A. YONG HWAM KIM |
| 2 | Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>ELITE WHOLESALE INC. |
| 3 | Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>TONIC WHOLESALE, INC., D/B/A ACE WHOLESALE |
| 4 | Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>DAPAN USA CORP. D/B/A FRONTIER WHOLESALE; SUNG KEUN LEE |
| 5 | Steven A. Elia<br>The Law Offices of Steven A. Elia, APC<br>2221 Camino Del Rio South, Suite 207<br>San Diego, CA 92108<br>Tel: (619) 444-2244<br>E-Mail: steve@elialaw.com | Attorney For Defendants<br>DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ |
| 6 | Randolph Gaw<br>The Gaw Group<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Tel: (415) 745-3308<br>E-Mail: rgaw@thegawgroup.com | Attorney For Defendant<br>SUNG KEUN LEE |
| 7 | William Markham<br>Maldonado & Markham, LLP<br>550 West C Street, Suite 2040<br>San Diego, CA 92101<br>wm@maldonadomarkham.com | Attorney For Defendants<br>DAN-DEE COMPANY, INC.; FADI ATTIQ; KEVIN ATTIQ |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on November 7, 2012.

By /s/ Tanya L. Hill