IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC and
LIVING ESSENTIALS, LLC,

    Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS,
INC., et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER REGARDING TRANSCRIPTS**

Hearing transcripts prior to November 7 remain under seal. However, the sealing order is modified such that these prior transcripts are subject to an attorney-eyes-only protective order. The court reporter shall mark the transcripts accordingly, and may distribute them to the parties' counsel upon request.

**IT IS SO ORDERED.**

Dated: November 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE