1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC,
LIVING ESSENTIALS, LLC, and
INTERNATIONAL IP HOLDINGS, LLC,

        Plaintiffs,

  v.

PITTSBURGH WHOLESALE GROCERS,
INC., d/b/a PITCO FOODS, et al.,

        Defendants.

                           /

No. C 12-05523 WHA

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

      The Court hereby CONTINUES the case management conference to **FEBRUARY 7, 2013,
AT 8:00 A.M.**

      **IT IS SO ORDERED.**

Dated: January 18, 2013.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE