William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
Jason Eliaser, State Bar No. 248394
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel:      (619) 221-4400
Fax:      (619) 224-3974
E-mail:   wm@markhamlawfirm.com

Attorneys for Defendant Dandee Company, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC et al. | Case No. 12-CV-5523-WHA |
| Plaintiffs. | |
| Vs. | ~~PROPOSED~~ ORDER AUTHORIZING PLAINTIFFS TO WITHDRAW THEIR MOTION TO STRIKE AFFIRMATIVE DEFENSES MADE BY DEFENDANTS DANDEE COMPANY, INC., KEVIN ATTIQ AND FADI ATTIQ, AND GRANTING LEAVE TO THESE DEFENDANTS TO FILE AMENDED ANSWERS |
| PITTSBURGH WHOLESALE GROCERS d/b/a PITCO FOODS et al., | |
| Defendants | |
| | The Hon. William Alsup |
| RELATED ACTIONS | Courtroom 8, 19th Floor |
| | Complaint Filed: October 26, 2012<br>Trial Date: Not set |

WHEREAS, Defendants Dandee Company, Inc., Kevin Attiq, and Fadi Attiq (collectively, the Dandee Defendants") each answered Plaintiffs' Second Amended Complaint on January 23, 2013 (Docket Nos. 159 and 161); and

WHEREAS, Plaintiffs moved to strike certain of the affirmative defenses set forth in these answers on February 19, 2013 (Docket No. 191); and

WHEREAS, the hearing of this motion is set for March 28, 2013, and the Dandee Defendants' opposition papers are due on March 5, 2013; and

WHEREAS, the Dandee Defendants prefer to amend their respective answers rather than oppose Plaintiffs' motion to strike; and

WHEREAS, Plaintiffs and the Dandee Defendants have stipulated to the below matters and have asked this Court to enter them as an Order of this Court; and

WHEREFORE, the Court now makes the following ORDER.

1. Plaintiffs are deemed to have withdrawn their above Motion to Strike (Docket No. 191).

2. Each Dandee Defendant is given leave to file an amended answer to Plaintiffs' Second Amended Complaint, and each of them must do so no later than March 8, 2013.

3. The Court now takes off calendar the hearing of Plaintiffs' above Motion to Strike, which was set for March 28, 2013.

**IT IS SO ORDERED**.

Dated: March 6, 2013.

The Hon. William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

//
//
//
//
//

~~PROPOSED~~ ORDER AUTHORIZING PLAINTIFFS TO WITHDRAW THEIR MOTION TO STRIKE AFFIRMATIVE DEFENSES MADE BY DEFENDANTS DANDEE COMPANY, INC., ETC.

-2-