IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>　　Defendants. | No. C 12-05523 WHA<br><br>**ORDER SETTING HEARING DATE** |

　　The parties request a change in schedule due to motion hearings falling on a religious holiday. Pitco's motion for sanctions (Dkt. No. 86), Living Essentials' motion to dismiss or stay proceedings (Dkt. No. 125), Living Essentials' motion to strike Santa Monica Distributing's affirmative defenses (Dkt. No. 189), Living Essentials' motion to strike United Custom Distribution's affirmative defenses (Dkt. No. 209), and Dan-Dee's motion to dismiss cross claims (Dkt. No. 226) will all be **RESCHEDULED** and heard on the same day: **APRIL 18 AT 8:00 A.M.**

　　**IT IS SO ORDERED.**

Dated: March 13, 2013.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE