Randolph Gaw (S.B. #223718) – rgaw@thegawgroup.com
THE GAW GROUP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 745-3308
Facsimile: (415) 737-0642

Attorneys for Defendants and Cross-Claimants Elite Wholesale, Inc., Tonic Wholesale, Inc. d/b/a Ace Wholesale, Dapan USA Corp. d/b/a Frontier Wholesale and Sung Keun Lee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS d/b/a PITCO FOODS, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 3:12-CV-05523-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TAKING OFF CALENDAR DANDEE'S MOTION TO DISMISS CROSS-CLAIMS OF ELITE DEFENDANTS** |

1     WHEREAS, on March 2, 2013, defendant DanDee Company, Inc. ("DanDee") filed a motion to dismiss cross-claims raised against it by Defendants Elite Wholesale, Inc., Tonic Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee (collectively, the "Elite Defendants") (Docket No. 226); and

    WHEREAS, a hearing date of April 18, 2013 has been scheduled for DanDee's motion to dismiss; and

    WHEREAS, the Court had previously ordered on February 25, 2013, that the Elite Defendants amend their responsive pleading in response to DanDee's motion to dismiss (Docket No. 193); and

    WHEREAS, on March 28, 2013, the Elite Defendants filed an Amended Answer and Cross-claims (Docket No. 281); and

    WHEREAS, the parties agree that DanDee's motion to dismiss is now moot;

//

//

//

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the April 18, 2013 hearing on DanDee's motion to dismiss is hereby taken off calendar.

Dated: April 3, 2013    THE GAW GROUP

By: */s/ Randolph Gaw*
Randolph Gaw
Attorneys for Defendants and Cross-Claimants Elite Wholesale Inc., Tonic Wholesale, Inc., Dapan USA Corp. and Sung Keun Lee

Dated: April 3, 2013    LAW OFFICES OF WILLIAM MARKHAM, P.C.

By: */s/ William Markham*
William Markham

Attorneys for Defendant and Cross-Respondent DanDee Co., Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 3, 2013.

Hon. William J. Alsup
United States District Court Judge

- 3 -

STIP. & [~~PROPOSED~~] ORDER RE DANDEE MTD; NO. 3:12-CV-05523-WHA