UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC,

    Plaintiff(s),

v.

PITTSBURGH WHOLESALE

    Defendant(s).

Case No: 12-CV-5523-WH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, RICHARD M. APKARIAN JR., an active member in good standing of the bar of ED MICHIGAN, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: MIDWEST WHOLESALE, ET AL in the above-entitled action. My local co-counsel in this case is KEVIN CHOLAKIAN, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 132 N. OLD WOODWARD AVE. BIRMINGHAM, MI 48009 | 400 OYSTER POINT BLVD., SUITE 415 S. SAN FRANCISCO, CA 94080 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 792-6886 | (650) 871-9544 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| RAPKARIAN@PAESANOAKKASHIAN.COM | KCHOLAKIAN@CHOLAKIAN.NET |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P66206.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/8/13

                                  RICHARD M. APKARIAN JR.
                                  APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of RICHARD M. APKARIAN JR. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 23, 2013.

                                  William Alsup
                                  United States District Judge

PRO HAC VICE APPLICATION & ORDER