**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATION VENTURES, LLC, ET AL. | ) Case No: 12-5523 WHA |
| Plaintiff(s), | ) **APPLICATION FOR** |
| | ) **ADMISSION OF ATTORNEY** |
| v. | ) **PRO HAC VICE** |
| PITTSBURG WHOLESALE, ET AL. | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |

I, Darin J. LeBeau _____, an active member in good standing of the bar of Michigan Supreme Court ____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Innovation Ventures, LLC, et al. in the above-entitled action. My local co-counsel in this case is Thomas P. Mazzucco _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Oakland Law Group, PLLC, 38955 Hills Tech Drive, Farmington Hills, MI 48331 | Thomas P. Mazzucco, Murphy Pearson Bradley Feeney, 88 Kearny St., San Francisco, CA 94108 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (248) 560-0452 | (415) 788-1900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| darin@oaklandlawgroup.com | tmazzucco@mpbf.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P54875 ____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/28/13

_____
Darin J. LeBeau
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Darin J. LeBeau _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 29, 2013.

_____
William Alsup
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER