IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., et al.,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 12-05523 WHA<br><br>**ORDER RE MOTION TO DISMISS CROSS CLAIMS** |

　　Defendant Leslie Roman filed a motion to dismiss cross claims (Dkt. No. 333). Cross claim plaintiffs Walid Jamil, Raid Jamil, Justin Shayota, Midwest Wholesale Distributors, Inc., JT Wholesale, Inc., and Trimexico, Inc. timely filed an amended cross claim (Dkt. No. 343). Accordingly, defendant Roman's motion to dismiss is **DENIED AS MOOT**.

　　**IT IS SO ORDERED.**

Dated: June 3, 2013.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE