IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

    Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

    Defendants.

No. C 12-05523 WHA

**ORDER GRANTING MOTION TO SEAL IN PART**

Plaintiffs filed a motion to seal documents appended to a pending motion to freeze asserts (Dkt. Nos. 337, 337-3). To the extent stated below, the motion to seal is **GRANTED IN PART AND DENIED IN PART**.

Defendant Dan-Dee Company, Inc. filed a declaration in support of the confidentiality designations on its bank statements appended to the motion to freeze as Exhibit 14 to the Potter Declaration (Dkt. Nos. 337-3 Ex. 14, 350-1). As to this exhibit, the motion to seal is **GRANTED**.

Exhibits 35, 36, and 38 to the Potter Declaration also contain banking information. The motion to seal as to these documents is **DENIED**. Nevertheless, plaintiffs shall resubmit these documents with the sensitive account numbers redacted.

As to all the other documents plaintiffs seek to seal, the confidentiality designations have either been withdrawn or the designating parties have failed to submit declarations in support of sealing the information as required by Civil Local Rule 79-5(d). The motion to seal these documents is therefore **DENIED**.

Plaintiffs shall refile on ECF and resubmit copies of the motion to freeze and appended exhibits in a form consistent with this order by **JUNE 12 AT NOON**. All other deadlines and hearing dates remain in place.

**IT IS SO ORDERED.**

Dated: June 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE