IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, PACIFIC GROSERVICE, INC., d/b/a PITCO FOODS, et al.,<br><br>Defendants. | No. C 12-05523 WHA<br><br>**ORDER SETTING DISCOVERY HEARING RE DEFENDANTS' DISCOVERY DISPUTE** |

The Court **SETS** a three-hour meet-and-confer on **MONDAY, JUNE 17, 2013, STARTING FROM 10:00 A.M. TO 1:30 P.M.** (with thirty minutes at noon for lunch) in the Court's jury room in the San Francisco federal courthouse. At **1:30 P.M.**, the Court shall hear any remaining unresolved issue(s) in Courtroom No. 8. Plaintiffs' response is due by noon on June 14. Please buzz chambers at 10:00 a.m. on June 17 to be let into the jury room.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: June 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE