1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INNOVATION VENTURES, LLC, et al.,

        Plaintiffs,

  v.

PITTSBURG WHOLESALE GROCERS, INC., et al.,

        Defendants.

                   /

No. C 12-05523 WHA

**ORDER RE DISCOVERY DISPUTE AND REFERRAL OF ALL DISCOVERY DISPUTES TO A RANDOMLY-ASSIGNED MAGISTRATE JUDGE**

This order memorializes the rulings at today's discovery dispute hearing.

Pitco's request to compel plaintiffs to produce pricing data for bottles of 5-hour energy packaged in forms other than a master case is **DENIED WITHOUT PREJUDICE**. Plaintiffs shall prepare a sworn declaration certifying the pricing information they produced regarding master cases sold to Rite-Aid by **JULY 10 AT NOON**.

Dan-Dee's special interrogatories 1, 4–7, 10, and 13–14 are **QUASHED**. Dan-Dee's request to compel responses to special interrogatories 2–3, 8–9, and 11–12 is **GRANTED**.

This matter is **REFERRED** to a randomly-assigned magistrate judge for resolution of all future discovery disputes. This includes any discovery disputes involving Dan-Dee's discovery requests that were not addressed at today's hearing. The parties must be mindful of the case management deadlines and bring all discovery disputes to the magistrate judge's attention in a

timely manner. The magistrate judge is requested to assist the Court in adhering to the case management schedule by issuing timely rulings on the parties' discovery disputes.

**IT IS SO ORDERED.**

Dated: July 3, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California