1 | Thomas P. Mazzucco – 139758 (tmazzucco@mpbf.com)
Bryan L. P. Saalfeld – 243331 (bsaalfeld@mpbf.com)
2 | Nicholas C. Larson – 275870 (nlarson@mpbf.com)
MURPHY, PEARSON, BRADLEY & FEENEY, PC
3 | 88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
4 | Tel: (415) 788-1900
Fax: (415) 393-8087

Geoffrey Potter (gpotter@pbwt.com) (admitted *pro hac vice*)
Michelle W. Cohen (mcohen@pbwt.com) (admitted *pro hac vice*)
Christos G. Yatrakis (cyatrakis@pbwt.com) (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Plaintiff
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC
AND INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, ET AL.,<br><br>Defendants<br><br>RELATED ACTIONS. | Case No.: C-12-5523-WHA<br><br>**STIPULATION AND ORDER GOVERNING OUTSTANDING DISCOVERY ISSUES BETWEEN DAN-DEE COMPANY, INC. AND INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, AND INTERNATIONAL IP HOLDINGS, LLC, AS MODIFIED BY THE COURT** |

1     WHEREAS, Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials") filed and served its Second Amended Complaint on December 5, 2012;

    WHEREAS, defendant Dan-Dee Company, Inc. ("Dan-Dee") filed and served its First Amended Answer to Living Essentials' Second Amended Complaint on March 8, 2013, which alleged numerous affirmative defenses;

    WHEREAS, Dan-Dee filed its First Set of Requests for Production and First Set of Special Interrogatories on March 21, 2013;

    WHEREAS, Living Essentials responded and objected to Dan-Dee's First Set of Requests for Production and First Set of Special Interrogatories on April 26, 2013;

    WHEREAS, Judge Alsup issued an order on July 3, 2013, quashing certain of Dan-Dee's interrogatories and document requests, requiring Living Essentials to respond to Interrogatories Nos. 2-3, 8-9, and 11-12, and referring other discovery matters to this Court;

    WHEREAS, Living Essentials filed a 12(c) motion for Partial Judgment on the Pleadings against Dan-Dee on July 15, 2013;

    WHEREAS, Living Essentials' 12(c) motion for Partial Judgment on the Pleadings against Dan-Dee is scheduled to be heard by Judge Alsup on August 22, 2013, at 8:00 am;

    WHEREAS, on July 17, 2013, this Court ordered the Parties to submit a joint letter on requests for production 2-4 and 12-17 no later than July 24, 2013, and ordered Living Essentials to respond no later than July 31, 2013, to the Interrogatories covered by Judge Alsup's July 3, 2013 Order;

    WHEREAS, the parties have met and conferred as to the outstanding discovery issues; and

    WHEREAS, the parties agree that the interests of judicial economy are best served by avoiding unnecessary motion practice;

    WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and subject to approval by the Court, that:

6358695v.1

1) No submission of a joint statement by the parties will be required on July 24, 2013.

2) Living Essentials will produce responses to Dan-Dee's Interrogatories Nos. 2-3, 8-9, 11-12 by Wednesday, July 31, 2013.

3) Living Essentials will produce documents responsive to Dan-Dee's Requests for Production Nos. 2-4 by Wednesday, July 31, 2013.

4) The Parties will postpone resolution of Dan-Dee's remaining Requests for Production until Judge Alsup reaches a decision on Living Essentials' Rule 12(c) Motion for Partial Judgment on the Pleadings.

5) The Parties will submit to this Court a joint statement resolving all or substantially all outstanding discovery disputes within three business days of Judge Alsup's ruling on Living Essentials' Rule 12(c) Motion for Partial Judgment on the Pleadings, to avoid delay in light of Judge Alsup's direction to not delay resolution of discovery disputes and this Court's prior order to present unresolved issues to the Court for decision by July 24, 2013, which the parties preferred to avoid doing.

6) Within 14 days of an order by this Court on any outstanding discovery issues, Living Essentials will produce the documents ordered by the Court.

CONSENTED AND AGREED BY:

| | | |
|---|---|---|
| Dated: July 23, 2013 | | MURPHY PEARSON BRADLEY & FEENEY |

                      /s/ Thomas P. Mazzucco
Thomas P. Mazzucco
*Attorneys for Plaintiffs*
*Innovation Ventures, LLC, Living Essentials,*
*LLC, and International IP Holdings, LLC*

Dated: July 23, 2013                PATTERSON BELKNAP WEBB & TYLER LLP

                      /s/ Geoffrey Potter
Geoffrey Potter
Michelle W. Cohen
Christos G. Yatrakis
*Attorneys for Plaintiffs*
*Innovation Ventures, LLC, Living Essentials,*
*LLC, and International IP Holdings, LLC*

Dated: July 23, 2013

                      /s/ William Markham
William Markham
Law Offices of William Markham, P.C.
*Attorney for Defendant Dan-Dee Company, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2013                *[signature]*
                                       Hon. Elizabeth D. Laporte
                                       United States Magistrate Judge

6358695v.1