Thomas P. Mazzucco – 139758
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY, PC
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Geoffrey Potter (admitted *pro hac vice*)
Michelle W. Cohen (admitted *pro hac vice)*
Christos G. Yatrakis (admitted *pro hac vice*)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222
E-Mail gpotter@pbwt.com
mcohen@pbwt.com
cyatrakis@pbwt.com

Attorneys for Plaintiff
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC
AND INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, ET AL.,<br><br>Defendants | Case No.: C-12-5523-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| RELATED ACTIONS. | |

WHEREAS, Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials") filed and served its Second Amended Complaint on

- 1 -
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C-12-5523-WHA

6375752v.2

December 5, 2012; WHEREAS, defendant Pacific Groservice, Inc. and Pittsburg Wholesale Grocers, Inc. (collectively, "Pitco") filed and served its Answer to Living Essentials' Second Amended Complaint, Counterclaim Against Plaintiffs, and Cross-Claims Against the Dan-Dee Company Inc. on April 18, 2013;

WHEREAS, Aristotle Pericles Navab and David Luttway—the owners of Pitco—were initially named as defendants in this action, but were dismissed voluntarily and without prejudice by Plaintiffs on January 14, 2013;

WHEREAS, pursuant to the settlement between Plaintiffs and Pitco, Mr. Navab, and Mr. Luttway, Pitco has assigned to Plaintiffs its Cross-Claims against the Dan-Dee Company Inc.;

WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and subject to approval by the Court, that:

1) The captioned action shall be dismissed with prejudice as against Pitco;

2) The prior dismissal of Aristotle Pericles Navab and David Luttway shall be deemed with prejudice;

3) Pitco's counterclaims against Living Essentials are hereby dismissed with prejudice;

4) Living Essentials and their surety, American Contractors Indemnity Company, are released from any and all liability under Bond Number 10000772115 as it relates to the Temporary Restraining Order dated 10/26/12;

5) Living Essentials and their surety, American Contractors Indemnity Company, are released from any and all liability under Bond Number 10000772114 as it relates to the seizure executed against Pitco; and,

6) This Court shall retain jurisdiction over this matter in order to enforce the terms of this dismissal **for 90 days from the date of this order.**

CONSENTED AND AGREED BY:

Dated: August 13, 2013  MURPHY PEARSON BRADLEY & FEENEY

       /s/ Thomas Mazzucco
Thomas P. Mazzucco
*Attorneys for Plaintiffs*
*Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC*

Dated: August 13, 2013  PATTERSON BELKNAP WEBB & TYLER LLP

       /s/ Geoffrey Potter
Geoffrey Potter
Michelle W. Cohen
Christos G. Yatrakis
*Attorneys for Plaintiffs*
*Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC*

Dated: August 13, 2013

       /s/ Jennifer Taylor
Jennifer Taylor
Wendy Garbers
Mark Poe
MORRISON & FOERSTER LLP
*Attorneys for Defendants Pacific Groservice, Inc. and Pittsburg Wholesale Grocers, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 15, 2013.

William Alsup
United States District Judge

- 3 -
STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C-12-5523-WHA

6375752v.2