IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, et al., | No. C 12-05523 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION REQUESTING CASE MANAGEMENT CONFERENCE** |
| PITTSBURG WHOLESALE GROCERS, INC., et al., | |
| Defendants. | |

Defendant Dan-Dee's administrative motion to schedule a case management conference is **GRANTED**. All other parties shall file responses to Dan-Dee's proposals in the motion by **OCTOBER 8 AT NOON**. The conference shall take place on **OCTOBER 10 AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE