Thomas P. Mazzucco - 139758
Aaron K. McClellan – 197185
Bryan L. P. Saalfeld - 243331
Nicholas C. Larson - 275870
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:      (415) 788-1900
Fax:     (415) 393-8087
E-Mail         tmazzucco@mpbf.com
               amcclellan@mpbf.com
               bsaalfeld@mpbf.com
               nlarson@mpbf.com

Geoffrey Potter (admitted *pro hac vice*)
Christos G. Yatrakis (admitted *pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 336-2000
Fax:          (212) 336-2222
E-Mail        gpotter@pbwt.com
              cyatrakis@pbwt.com

Attorneys for Plaintiffs
INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC
AND INTERNATIONAL IP HOLDINGS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION VENTURES, LLC, LIVING ESSENTIALS, LLC, and INTERNATIONAL IP HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>PITTSBURG WHOLESALE GROCERS, INC., d/b/a PITCO FOODS, et al.,<br><br>Defendants. | 12 Civ. 5523 (WHA)<br><br>**STIPULATION AND ORDER** |

UPON THE STIPULATION AND AGREEMENT by and between the undersigned counsel for Plaintiffs Innovation Ventures, LLC, Living Essentials, LLC, and International IP Holdings, LLC (collectively, "Living Essentials"), and counsel for defendants Dan-Dee Company, Inc.; Fadi Attiq; and Kevin Attiq (collectively, the "Dan-Dee Defendants"),

-1-

WHEREAS Plaintiffs, pursuant to the Court's order of October 25, 2012, through their surety, American Contractors Indemnity Company, gave an undertaking in the amount of $50,000 for the seizure executed against the Dan-Dee Defendants on October 29, 2012, at 3511 Sweetwater Springs Boulevard, Spring Valley, California 91978 (the "Seizure"),

It is hereby STIPULATED and ORDERED as follows:

1. Plaintiffs and their surety, American Contractors Indemnity Company, are released from any and all liability under the bonds filed in this case (including Bond Nos. 1000772114 and 1000772115) and the Seizure is hereby confirmed.

2. By executing this stipulation and order, the Dan-Dee Defendants do not waive their objections to introducing in evidence items obtained by the enforcement of the Court's Seizure Order.

3. Signatures transmitted electronically or by facsimile shall be deemed original.

Dated: October 3, 2013

**CONSENTED AND AGREED TO BY:**

PATTERSON BELKNAP WEBB & TYLER LLP

By: /s/ Geoffrey Potter
    Geoffrey Potter
    gpotter@pbwt.com
    Christos Yatrakis
    cyatrakis@pbwt.com

*Attorneys for Plaintiffs*

LAW OFFICES OF WILLIAM MARKHAM, P.C.

By: /s/ William Markham
    William Markham
    wm@markhamlawfirm.com

*Attorney for Defendant Dan-Dee Company, Inc.*

**SO ORDERED:**

Date: October 7, 2013.

_____
William Alsup
United States District Judge

Stipulation and Order

6415835v.2