CALVIN E. DAVIS (SBN: 101640)
AARON P. RUDIN (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
E-mail: cdavis@gordonrees.com,
arudin@gordonrees.com

Attorneys for Third-Party Defendants, Cross-Defendants and Cross-Claimants MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATION VENTURES, LLC and LIVING ESSENTIALS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PITTSBURGH WHOLESALE GROCERS, INC. d/b/a/ PITCO FOODS, ET AL.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | CASE NO. 12-CV-5523-WHA<br><br>**STIPULATION PURSUANT TO RULE 41(a)(2) TO DISMISS CERTAIN THIRD-PARTY CLAIMS AND CERTAIN CROSS-CLAIMS**<br><br>[Filed concurrently with [Proposed] Order Dismissing Certain Third-Party Claims And Cross-Claims]<br><br>Trial Date: January 13, 2014<br>Complaint Filed: October 26, 2012 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, DAN-DEE COMPANY, INC., FADI ATTIQ, and KEVIN ATTIQ (collectively, "Dan-Dee Parties"); WALID JAMIL, RAID ("BRIAN") JAMIL, JUSTIN SHAYOTA, MIDWEST WHOLESALE DISTRIBUTORS, INC., J.T. WHOLESALE, INC., TRIMEXICO, INC. (collectively referred to herein as the "Midwest Parties"); JOSEPH SHAYOTA, ADRIANA SHAYOTA, TRADEWAY INT'L, INC., dba BAJA EXPORTING (collectively referred to herein as the "Baja Parties"); MARIO RAMIREZ, CAMILO RAMIREZ, MCR

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM (collectively referred to herein as the "MCR Parties"); and JORGE NAVARRO and ONE STOP LABEL COPORATION (collectively referred to herein as the "Navarro Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or about January 23, 2013, Dan-Dee Company, Inc. ("Dan-Dee") filed a First Amended Third-Party Complaint (Docket # 162) against the Midwest Parties, the Baja Parties, the MCR Parties, and the Navarro Parties, among others,[1] alleging claims for Intentional Misrepresentation, Breach of Contract, Tortious Interference (Contracts), Tortious Interference (Future Relations); False Labeling under the Lanham Act, False Advertising under the Lanham Act, Violations of California's Unfair Competition Laws ("UCL"), Equitable Indemnity and Equitable Contribution.

Whereas, on January 23, 2013, Kevin Attiq and Fadi Attiq filed a cross-claim for contribution and indemnity against the same parties whom Dan-Dee had named in their First Amended Third-Party Complaint. (Docket # 161.)

WHEREAS, on or about March 22, 2013, the Baja Parties filed an Answer to the First Amended Third-Party Complaint of Dan-Dee and asserted Cross-Claims against Dan-Dee, Kevin Attiq, the MCR Parties (except Camilo Ramirez) and the Midwest Parties for Violation of California Unfair Competition Law ("UCL"), Equitable Indemnity and Contribution. (Docket # 272.)

WHEREAS, on April 10, 2013, the Midwest Parties answered the cross-claims of the Baja Parties and filed cross-claims as follows: (1) Midwest Wholesale Distributors Inc., Walid

---

[1] Dan-Dee's First Amended Third-Party Complaint was also against third-party defendants Leslie Roman, Donna Roman, Flexopack, however they filed for Chapter 7 Bankruptcy on July 22, 2013, Case No. 6:13-bk-22482-MH pending in the United State Bankruptcy Court for the Central District of California, and therefore these third-party defendants cannot sign the stipulation. In addition, Default was entered as to the remaining third party defendants Juan Romero Gutierrez, Nutrition Private Label Inc. and Advanced Nutraceutical Manufacturing Inc. on May 1, 2013, so these third party defendants also cannot sign the stipulation. (Court Document No. 326.) In addition, Dan-Dee Company, Inc. named "Baja Exporting LLC" as a party; Baja Exporting LLC is a defunct entity and as a result has not participated in this litigation.

Jamil and Justin Shayota filed claims for Fraudulent Misrepresentation and Innocent Misrepresentation against Tradeway Int'l Inc. dba Baja Exporting ("Baja Exporting") and Joseph Shayota, (2) Midwest Wholesale Distributors, Inc., Walid Jamil and Justin Shayota filed a claim for Silent Fraud against the Baja Parties and Baja Exporting LLC (a defunct entity); and (3) the Midwest Parties filed claims for Indemnification and Contribution against the Baja Parties and Baja Exporting LLC. (Docket # 307.)

WHEREAS, on or about May 28, 2013, the Midwest Parties filed a First Amended Cross Claim (Docket # 343) against One Stop Label Corporation, among others,[2] alleging claims for Fraudulent Misrepresentation, Innocent Misrepresentation, Silent Fraud, Indemnification and Contribution.

WHEREAS, the parties to this Stipulation agree to dismiss all claims against each other except for claims of Indemnity and Contribution, and in exchange, all parties named in any claim that is dismissed agree to waive any claim for costs or attorney fees based upon the prosecution or dismissal of such claims. All dismissals shall be with prejudice except Midwest's claims against the Baja Defendants and One Stop Label Corporation, as Midwest is pursuing essentially the same claims in the case of *Innovation Ventures, LLC, et al v. Ultimate One Distributing Corp., et al*, Case No. 12 Civ. 5354 (KAM), which is pending in the Eastern District of New York before Judge Kiyo Matsumoto (the "EDNY Action"), and therefore such claims will be dismissed without prejudice. Therefore, (1) Dan-Dee agrees to dismiss with prejudice its claims for Intentional Misrepresentation, Breach of Contract, Tortious Interference (Contracts), Tortious Interference (Future Relations); False Labeling under the Lanham Act, False Advertising under the Lanham Act, and Violations of California's Unfair Competition Laws ("UCL") against the Midwest Parties, the MCR Parties, the Navarro Parties and the Baja Parties, in exchange for the Midwest Parties, the Baja Parties, the MCR Parties and the Navarro Parties agreeing to dismiss any claims other than claims for Contribution or Indemnity they have against the Dan-Dee

---

[2] The Midwest Parties' First Amended Cross Claim was also filed against cross defendant Leslie Roman, however he filed for Chapter 7 Bankruptcy on July 22, 2013, Case No. 6:13-bk-22482-MH pending in the United State Bankruptcy Court for the Central District of California, and therefore he cannot sign the stipulation.

Parties, and for a waiver of costs and limited release as to any potential claim for costs or attorneys' fees related to such dismissals, as set forth below; (2) the Baja Parties agree to dismiss with prejudice their claim for UCL against the MCR Parties (except Camilo Ramirez against whom the UCL claim was not asserted), the Dan-Dee Parties and the Midwest Parties and for a waiver of costs and limited release related to any potential claim for costs or attorneys' fees related to such dismissals, as set forth below; and (3) Midwest Wholesale Distributors, Inc., Walid Jamil, and Justin Shayota agree to dismiss without prejudice their claims for Fraudulent Misrepresentation and Innocent Misrepresentation against Baja Exporting and Joseph Shayota, and their claim for Silent Fraud against the Baja Parties, and the Midwest Parties agree to dismiss their claims for Fraudulent Misrepresentation, Innocent Misrepresentation and Silent Fraud against One Stop Label Corporation, and for a waiver of costs and limited release related to any potential claim for costs or attorneys' fees related to such dismissals, as set forth below

WHEREAS, all claims against the entity "Baja Exporting LLC" shall be dismissed without prejudice, because such entity is defunct.

WHEREAS, it is the intention of some of the parties to pursue claims for indemnity or contribution, to the extent already asserted in this action, against other parties in the EDNY Action. To that end, if necessary, and to the extent permitted by law, the parties intend to sign a reasonable stipulation in the EDNY Action to provide leave to any such party to assert cross-claims for indemnity and contribution in the EDNY Action. The parties to this stipulation understand that any cross-claims for indemnity or contribution may be transferred to the EDNY Action. Nothing herein shall be deemed a waiver of any party's right to contest another party's claims for indemnity and/or contribution.

WHEREAS, the parties agree that stipulating to pursue any indemnity or contribution claims in the EDNY Action shall have no effect on whether or not California Code of Civil Procedure section 877 and 877.6 (concerning the effect of a good-faith settlement on indemnity and contribution claims) is applicable to any party's indemnity and contribution claims.

NOW THEREFORE IT IS HEREBY STIPULATED by the Dan-Dee Parties, the

Midwest Parties, the Baja Parties, the MCR Parties and the Navarro Parties that:

1. Dan-Dee's First Cause of Action for Intentional Misrepresentation, Second Cause of Action for Breach of Contract, Third Cause of Action for Tortious Interference (Contracts), Fourth Cause of Action for Tortious Interference (Future Relations), Fifth Cause of Action for False Labeling under the Lanham Act, Sixth Cause of Action for False Advertising under the Lanham Act and Seventh Cause of Action for UCL set forth in Dan-Dee's First Amended Third-Party Complaint filed January 23, 2013 (Docket # 162) shall be dismissed with prejudice as to the Midwest Parties, the Baja Parties, the MCR Parties, and the Navarro Parties;

2. The Baja Defendants' Third Cause of Action under the UCL set forth in their March 22, 2013 Answer and Cross-Claim (Docket # 272) shall be dismissed with prejudice as to the Dan-Dee Parties, MCR parties (except Camilo Ramirez) and the Midwest Parties;

3. Midwest Wholesale Distributors, Walid Jamil, and Justin Shayota's First and Second Causes of Action for Fraudulent Misrepresentation and Innocent Misrepresentation in their April 10, 2013 Cross Claim (Docket # 307) against Baja Exporting and Joseph Shayota and their Third Cause of Action for Silent Fraud against the Baja Parties shall be dismissed without prejudice;

4. The Midwest Parties First Cause of Action for Fraudulent Misrepresentation, Second Cause of Action for Innocent Misrepresentation, and Third Cause of Action for Silent Fraud in their First Amended Cross Claim (Docket # 343) against One Stop Label Corporation shall be dismissed without prejudice;

5. The Dan-Dee Parties, the Midwest Parties, the Baja Parties, the MCR Parties and the Navarro Parties agree to release and waive any and all rights or claims they may have against each other based upon or related to the dismissal of any claims or causes of action being dismissed pursuant to this Stipulation, including any claims for: (1) attorney's fees, (2) costs of suit, and/or (3) any other loss of any kind allegedly occasioned by the filing or prosecution of any of the claims dismissed pursuant to Paragraphs 1-4 above, but this limited release and waiver shall have no effect on these parties' respective claims against one another for equitable indemnity or contribution, or the claims that are dismissed without prejudice; this limited release

is strictly and solely in order to release and waive any claims for costs, attorneys fees or other purported damages arising out of the dismissing parties' prosecution of the claims being dismissed pursuant to this Stipulation.

6. To the extent permitted by law, all claims asserted by the Dan Dee Parties, Midwest Parties, Baja Parties, MCR Parties, and Navarro Parties for indemnity and contribution shall be transferred to the EDNY Action. To the extent permitted by law, the parties also agree to sign any stipulation in the EDNY Action to allow the parties to pursue any claims for indemnity or contribution in the EDNY Action without waiving any rights any party may have to contest such claims.

7. Any claims against Baja Exporting LLC shall be deemed dismissed without prejudice since Baja Exporting LLC is a defunct entity.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: November 13, 2013

_____
United States District Court Judge William Alsup

| | | |
|---|---|---|
| 1 | DATED: November 12, 2013 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s Aaron P. Rudin |
| | | AARON P. RUDIN |
| 4 | | Attorneys for Third-Party Defendants, Cross-Defendants and Cross-Claimants, MARIO RAMIREZ, CAMILO RAMIREZ, MCR INNOVATIONS AND PACKAGING, INC., MCR PRINTING & PACKAGING CORP., and NAFTAUNITED.COM |

DATED: November 12, 2013    LAW OFFICES OF WILLIAM MARKHAM P.C.

By: /s/ William A. Markham
    WILLIAM A. MARKHAM
Attorneys for Defendant and Third-Party Plaintiff DAN-DEE COMPANY, INC.

DATED: November 12, 2013    THE LAW OFFICES OF STANTON LEE PHILLIPS

By: /s/ Stanton Lee Phillips
    STANTON LEE PHILLIPS
Attorneys for Third-Party Defendants JOSE NAVARRO and ONE STOP LABEL CORPORATION

DATED: November 12, 2013    SELTZER CAPLAN McMAHON VITEK
a law corporation

By: /s/ David M. Greeley
    DAVID M. GREELEY
Attorneys for Third-Party Defendants, Cross-Claimants and Cross-Defendants TRADEWAY INT'L, INC (D/B/A BAJA EXPORTING) JOPSEH SHAYOTA, and ADRIANA SHAYOTA

DATED: November 12, 2013     PAESANO AKKASHIAN, P.C.


By: /s/ Richard M. Apkarian Jr.
    RICHARD M. APKARIAN
Attorneys for Third-Party Defendants, Cross-Claimants and Cross-Defendants WALID JAMIL, RAID JAMIL, JUSTIN SHAYOTA, MIDWEST WHOLESALE DISTRIBUTORS, INC., JT WHOLESALE, INC., and TRIMEXICO, INC.


DATED: November 12, 2013     LAW OFFICES OF STEVEN ELIA


By: /s/ Steven A. Elia
Attorneys for Defendants, Third-Party Plaintiffs and Cross Defendants Kevin and Fadi Attiq

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1086471/17278047v.1

-8-
STIPULATION RE: DISMISSAL OF CERTAIN THIRD-PARTY CLAIMS AND CROSS-CLAIMS
CASE NO. 12-CV-5523-WHA