William A. Markham, State Bar No. 132970
Dorn Graham Bishop, State Bar No. 147994
Rashida Khan, State Bar No. 196420
Jason Eliaser, State Bar No. 248394
LAW OFFICES OF WILLIAM MARKHAM, P.C.
550 West C Street, Suite 2040
San Diego, CA 92101

Tel: (619) 221-4400
Fax: (619) 224-3974
E-mail: wm@markhamlawfirm.com

Attorneys for Defendant Dan-Dee Company, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

INNOVATION VENTURES, LLC et al.

Plaintiffs.

Vs.

ULTIMATE ONE DISTRIBUTING CORP., et al.,

Defendants

Case No. 12-cv-5523-WHA

[PROPOSED] ORDER GRANTING DAN-DEE COMPANY, INC.'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ITS THIRD-PARTY CLAIMS AGAINST LESLIE ROMAN, DONNA ROMAN AND FLEXOPACK

WHEREAS, Defendant Dan-Dee Company, Inc. ("Dan-Dee") has moved this Court under Federal Rule of Civil Procedure 41(a)(2) to grant its request for a voluntary dismissal without prejudice of its third-party claims against Leslie Roman, Donna Roman and Flexopack ("Defendants"); and

WHEREAS, the Court finds good cause to grant the request.

WHEREFORE, the Court now issues the following ORDER: All of Dan-Dee's third-party claims against Leslie Roman, Donna Roman and Flexopack (Dkt.160, 162) are hereby DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

DATED: November 14, 2013

William H. Alsup,
United States District Judge